UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                Plaintiff,

      -v-

TAL ALEXANDER,

                Defendant.

25-CV-2078 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Complaint in this case was filed in state court under a pseudonym with leave of that court. *See* ECF No. 1-1 at 27. Because Defendant has removed the action to this Court, it is now governed by the Federal Rules of Civil Procedure, *see Smith v. Bayer Corp.*, 564 U.S. 299, 304 n.2 (2011), which require that "[t]he title of the complaint must name all the parties," Fed. R. Civ. P. 10(a). While Plaintiff may still be able to proceed pseudonymously, this Court must first grant her leave to do so. *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). Plaintiff shall therefore either file a motion requesting such leave or file an amended complaint using her real name. If she fails to do so on or before April 1, 2025, the Court will dismiss the Complaint.

    SO ORDERED.

Dated: March 18, 2025
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge