UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JANE DOE,

       *Plaintiff*,　　　　　　　　　　　　　　　　No. 1:25-cv-2078

   v.

TAL ALEXANDER

　　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF MOTION**

       *Defendants*.

----------------------------------------------------------X

    **PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Plaintiff Jane Doe ("Plaintiff"), by and through her attorneys, Curis Law PLLC, shall move for entry of an Order granting Plaintiff's Motion to Proceed Anonymously.

    **PLEASE TAKE FURTHER NOTICE** that the moving party shall rely upon the accompanying Motion and Incorporated Memorandum of Law in support thereof.

Dated: March 27, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**CURIS LAW, PLLC**

　　　　　　　　　　　　　　　　　　　　By: */s/ Antigone Curis*
　　　　　　　　　　　　　　　　　　　　 antigone@curislaw.com
　　　　　　　　　　　　　　　　　　　　52 Duane Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　　Phone: (646) 335-7220
　　　　　　　　　　　　　　　　　　　　Facsimile: (315) 660-2610