UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,
                    Plaintiff,

         -v-

TAL ALEXANDER,
                    Defendant.

25-CV-2078 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On February 18, 2025, Plaintiff, proceeding under the pseudonym "Jane Doe," filed a complaint in New York County Supreme Court asserting one claim for sexual battery against Defendant Tal Alexander. (ECF No. 1-1 at 4, 7.) On March 13, 2025, Alexander removed the action to this Court, invoking federal diversity jurisdiction. (ECF No. 1 at 2.) On March 18, 2025, the Court directed Plaintiff to file a motion requesting leave to proceed under a pseudonym. (ECF No. 6.) Plaintiff filed such a motion on March 30, 2025 (ECF No. 8), along with a supporting memorandum of law (ECF No. 9). Alexander opposed the motion on April 7, 2025 (ECF No. 12), and Plaintiff replied in support of the motion on April 9, 2025 (ECF No. 13).

      On July 17, 2025, this Court denied Plaintiff's motion to proceed under a pseudonym pursuant to Federal Rule of Civil Procedure 10(a) and ordered Plaintiff to file a letter by July 24, 2025, indicating whether she intends to proceed using her real name. (ECF No. 19). As Plaintiff did not file the ordered letter by July 24, 2025, this Court entered a text order directing Plaintiff to indicate whether she intends to proceed with this action by August 6, 2025. (ECF No. 20). The Court informed Plaintiff that failure to do so would result in dismissal of her complaint. (*Id.*) Once again, Plaintiff did not indicate that she intends to proceed with this action.

1

Accordingly, this action is hereby DISMISSED without prejudice.

The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.

Dated: August 7, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge